[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-10757
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 18, 2008
THOMAS K. KAHN
CLERK

D. C. Docket No. 06-00279-CR-5-SLB-RRA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JERRY LEE DAVIS, JR.,
a.k.a.
Jerry Lee Davis,
a.k.a.
Ronald Nathaniel Sheilds,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(July 18, 2008)**

Before TJOFLAT, BLACK and WILSON, Circuit Judges.

PER CURIAM:

Kittren J. Walker, appointed counsel for Jerry Lee Davis, Jr., has filed a renewed motion to withdraw on appeal, supported by a brief prepared pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent review of the record confirms counsel's assessment that the record reveals no potentially meritorious issues for appeal, we **GRANT** counsel's motion to withdraw and **AFFIRM** Davis's convictions and sentence.